UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CODY WRIGHT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5063** |
| **VENETIA MICHAEL, WARDEN**<br>**DAVID WADE CORRECTIONAL CENTER** | **SECTION "E"(2)** |

## ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Cody Wright for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 29th day of December, 2014.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**